IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THOMAS McLAIN,                ) | |
|     )  | |
|   Plaintiff,        ) | |
|     )  | CIVIL ACTION NO. |
|   v.                ) | 2:15cv863-MHT |
|     )  | (WO) |
| EXPERIAN INFORMATION          ) | |
| SOLUTIONS, INC.,              ) | |
|     )  | |
|   Defendant.        ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 28), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice in its entirety, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of December, 2016.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**